UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| DAVID A. BROOKS | ) Case No. 14-00296-01-CR-W-SRB |
| Defendant. | ) ) ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of October 8, 2019, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for David A. Brooks:

**The defendant shall perform 8 hours of community service to be completed no later than November 15, 2019.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 9th day of October, 2019.