UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| DAVID A. BROOKS | ) Case No. 14-00296-01-CR-W-SRB |
| Defendant. | ) ) ) |

## ORDER TO SHOW CAUSE

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) David A. Brooks shall appear before this court at 1:30 p.m. on December 17, 2020 in Courtroom No. 7B, Charles Evans Whittaker Courthouse, 400 E. 9th Street, Kansas City, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause to 4817 Sycamore Avenue, Kansas City, MO 64129.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 3rd day of November, 2020.